SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
----------------------------------------X

    JAMES ANDERSON,

                  Plaintiff,   :   Index No.

        - against -

    KEVIN HOEVERMAN and MICHAEL   :   COMPLAINT
    MASINO as New York State Police
    Officers,

                  Defendants.

----------------------------------------X

    Plaintiff by his attorney Leonard Silverman complaining of the defendants alleges and shows to this Court:

AS AND FOR A FIRST CAUSE OF ACTION FOR PLAINTIFF

1. At all times herein mentioned plaintiff was and is a resident of the State of New York, County of Bronx.

2. At all times herein mentioned defendants Kevin Hoeverman and Michael Masino were duly appointed, employed and acting law enforcement officers of the New York State Police of the State of New York and were and are residents of the State of New York.

3. This action arises under the United States Constitution, particularly under the provisions of the Fourth, Sixth, Eighth and Fourteenth Amendments to the Constitution of the United States, and under federal law, particularly Title 42 of the United States Code, Section 1983.

4. Each of the acts of the defendants was done in the course of

subsequent statements made by the defendants and each of them to the Rockland County District Attorney, the grand jury and in court were intentional, malicious, without probable cause and deprived plaintiff of the following rights, privileges and immunities secured to plaintiff by the Constitution of the United States:

a. The right of plaintiff to be secure in his person and effects against unreasonable search and seizure under the Fourth and Fourteenth Amendments to the Constitution of the United States:

b. The right of plaintiff to be informed of the nature and cause of the accusation against him, secured to plaintiff under the Sixth and Fourteenth Amendments to the Constitution of the United States; and

c. The right of plaintiff not to be deprived of life, liberty, or property without due process of law, and the right to equal protection of the laws, secured by the Fourteenth Amendment to the Constitution of the United States.

19. That the violation of the Constitutional rights of the plaintiff as aforesaid resulted in the plaintiff being arrested; imprisoned continually from August 2, 2005 until February 10, 2006; maliciously prosecuted; deprived of his liberty from August 2, 2005 until February 10, 2006 while he was a prisoner; deprived of his right to associate and

at the trial of this action and that the damages sought herein exceed the jurisdictional limits of all lower courts which would otherwise have jurisdiction;

WHEREFORE plaintiff demands judgment against the defendants in the Fifth Cause of Action in an amount to be determined at the trial of this action and that the damages sought herein exceed the jurisdictional limits of all lower courts which would otherwise have jurisdiction;

Plus the costs and disbursements of these actions.

Dated: New York, N.Y.
       March 3, 2008

                               Leonard Silverman
                               Attorney for Plaintiff
                               116 West 23rd Street
                               New York, N.Y. 10011

                               By: Leonard Silverman

© 1993 Julius Blumberg, Inc.

STATE OF NEW YORK, COUNTY OF NEW YORK

I, the undersigned, an attorney admitted to practice in the courts of New York State,

[X] Certification By Attorney — certify that the within has been compared by me with the original and found to be a true and complete copy.

[ ] Attorney's Affirmation — state that I am the attorney(s) of record for plaintiff in the within action; I have read the foregoing complaint and know the contents thereof; the same is true to my own knowledge, except as to the matters therein alleged to be on information and belief, and as to those matters I believe it to be true. The reason this verification is made by me and not by plaintiff is: plaintiff resides in a County other than the County in which affirmant has his office for the practice of law

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
conversations with the plaintiff and the contents of the file

I affirm that the foregoing statements are true, under the penalties of perjury.

Dated: March 31, 2008

Leonard Silverman

STATE OF NEW YORK, COUNTY OF ss.:

I, the undersigned, being duly sworn, depose and say: I am

[ ] Individual Verification — in the action; I have read the foregoing and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

[ ] Corporate Verification — the of corporation and a party in the within action; I have read the foregoing and know the contents thereof; and the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on

STATE OF NEW YORK, COUNTY OF

I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at

[illegible]