STATE OF NEW YORK

**MEMO ENDORSED**

OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

(212) 416-8922

April 29, 2008

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re: *Anderson v. Hoeverman, et al. (08-cv-3983 (KMK))*

Dear Judge Karas:

The Office of the Attorney General of the State of New York represents New York State Police Troopers Kevin Hoeverman and Michael Masino (the "Defendants") in the above-refrenced matter. I write to request an extension of time by which Defendants must move or answer with respect to the complaint from May 5, 2008 to and including June 20, 2008. This is the Defendants first request for an extension of time. I have contacted Mr. Leonard Silverman, counsel for the Plaintiff, and he has consented to my request for an extension.

This action was removed from the Supreme Court of the State of New York, County of Bronx, on April 28, 2008. Under F.R.C.P. 81(c), a response to Plaintiff's complaint is due within 5 days of removal. An extension of time is necessary for this office to obtain the necessary files and documents, investigate the facts, research applicable law and draft responsive papers.

Wherefore, it is respectfully requested that Defendants' request for an extension to move or answer with respect to the complaint to and including June 20, 2008 be granted.

Respectfully submitted,

*Thomas M. Biesty*

Thomas M. Biesty
Assistant Attorney General

cc: Leonard Silverman, Esq.

Granted.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

4/30/08